# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) |
| v. | ) No.: 4:21-CR-031-CDL-MSH-005 ) ) |
| **ROSALEE BASSI** | ) ) ) ) ) |

## ORDER

Having read and considered the Unopposed Motion to Continue the October 5, 2021 Change of Plea, the Court hereby **GRANTS** the Unopposed Motion. The trial of this case has been continued until the Court's January 2022 jury trial term and will be tried at that time if the matter is not otherwise resolved. The granting of this continuance serves the ends of justice and that interest outweighs the Defendant and the public's interest in a speedier trial. Accordingly, for Speedy Trial Act purposes the delay between now and the January 2022 trial term shall be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) and other applicable law.

SO ORDERED, this **4th** day of **October, 2021**.

S/Clay D. Land
THE HONORABLE CLAY D. LAND