IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No.: 4:21-CR-00031-CDL-MSH |
| | ) |
| ROSALEE BASSI | ) |
| | ) |
| Defendant | ) |

## ORDER

Counsel for Defendant Rosalee Bassi and counsel for the Government have informed the Court that they intend to resolve this matter with a change of plea by Ms. Bassi. However, they do not anticipate that they will have finalized their plea agreement by the date of next week's pretrial conference, which is scheduled for February 1, 2022. They therefore have filed a motion asking the Court to continue that pretrial conference until their plea agreement can be finalized and a plea hearing scheduled. Finding that the ends of justice will be served by granting this continuance, the Court grants the parties' motion as follows.

The pretrial conference for Defendant Bassi scheduled for February 1, 2022 is continued. However, the case is not continued from the Court's March 2022 Jury Trial Term. The trial of the case will be continued when the Court is informed that a plea agreement has been reached and a plea hearing has been set. Accordingly, counsel shall work expeditiously to finalize the plea. The time during which this finalization takes place shall be excluded from the calculations for speedy trial

purposes. And any speedy trial deadline shall be extended accordingly. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B).

    SO ORDERED, this 28th day of January, 2022.

                                    _S/Clay D. Land  
                                    THE HONORABLE CLAY D. LAND  
                                    JUDGE, U.S. DISTRICT COURT